■ In the Matter of the Arbitration between JOSEPH GALLO, Appellant, and ALLSTATE INSURANCE COMPANY, Respondent. [778

NYS2d 408]—Appeal from an order and judgment (one paper) of the Supreme Court, Erie County (Nelson H. Cosgrove, J.), entered April 3, 2003 in a proceeding pursuant to CPLR article 75. The order and judgment denied the petition and confirmed the arbitration award.

It is hereby ordered that the order and judgment so appealed from be and the same hereby is unanimously affirmed without costs for reasons stated in decision at Supreme Court. Present—Pigott, Jr., P.J., Pine, Kehoe, Martoche and Hayes, JJ.